ACCEPTED
01-15-01042-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 4:02:59 PM
CHRISTOPHER PRINE
CLERK



# CITY OF HOUSTON

Legal Department

**Annise D. Parker**

Mayor

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 4:02:59 PM
CHRISTOPHER A. PRINE
Clerk

Judith L. Edmundson
City Attorney

P.O. Box 368
Houston, Texas 77001-0368

City Hall Annex
900 Bagby, 4th Floor
Houston, Texas 77002

832.393.6491 - Telephone
832.393.6259 - Facsimile
www.houstontx.gov

December 17, 2015

*Via e-Filing*

Hon. Chris Daniel
Harris County District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

Re: Cause No. 2014-63729; *Jesus Roman, Individually and as next friend of G.R., minor v. City of Houston*; in the 61st Judicial District Court of Harris County, Texas

Appeal: No. 01-15-01042-CV; *City of Houston v. Jesus Roman, Individually and as next friend of G.R., minor*; in the Court of Appeals for the First District of Texas at Houston

Dear Mr. Daniel:

The Defendant filed a notice of interlocutory appeal in this matter on December 7, 2015.

Pursuant to Texas Rule of Civil Procedure 34.5, Defendant/Appellant requests that the documents listed below be included in the Clerk's Record to be prepared, certified and filed in the First Court of Appeals. The record is due to be filed by December 17, 2015. Tex. R. App. P. 35.1(b). Should the Clerk's Record have been prepared by the time this request is received, please consider this a request to supplement the record with those documents listed here that were not included in any record filed.

| | Image No. | Date filed | Document |
|---|---|---|---|
| 1. | 62967439 | 10/29/2014 | Plaintiff's Original Petition and Request for Disclosure |
| 2. | 63493004 | 12/12/2014 | City of Houston's Original Answer and Jury Demand |
| 3. | 63600568 | 12/22/2014 | Plaintiff's First Amended Original Petition |
| 4. | 65889959 | 06/19/2015 | Plaintiff's Second Amended Original Petition |

Council Members:  Brenda Stardig  Jerry Davis  Ellen R. Cohen  Dwight A. Boykins  Dave Martin  Richard Nguyen  Oliver Pennington  Edward Gonzalez
Robert Gallegos  Mike Laster  Larry V. Green  Stephen C. Costello  David W. Robinson  Michael Kubosh  C.O. "Brad" Bradford  Jack Christie

Controller:  Ronald C. Green

|  | Image No. | Date filed | Document |
|---|---|---|---|
| 5. | 66935730 | 09/08/2015 | Plaintiff's Third Amended Original Petition |
| 6. | 67193951 | 09/24/2015 | Docket Control/Pretrial Order Signed |
| 7. | 67692833 | 10/30/2015 | Houston's Plea to the Jurisdiction and Motion to Dismiss |
| 8. | 67692834 | 10/30/2015 | Exhibit A thereto |
| 9. | 67692835 | 10/30/2015 | Exhibit B thereto |
| 10. | 67692836 | 10/30/2015 | Exhibit C thereto |
| 11. | 67692837 | 10/30/2015 | Exhibit D thereto |
| 12. | 67692838 | 10/30/2015 | Proposed Order thereon |
| 13. | 67692839 | 10/30/2015 | Notice of Oral Hearing thereon |
| 14. | 67958885 | 11/19/2015 | Plaintiff's Response to Houston's Plea to the Jurisdiction |
| 15. | 67958886 | 11/19/2015 | Exhibit A thereto |
| 16. | 67958887 | 11/19/2015 | Proposed Order Denying Defendant's Plea to the Jurisdiction |
| 17. | 67958888 | 11/19/2015 | Filing letter |
| 18. | 67984276 | 11/20/2015 | Order Signed Denying Plea to Jurisdiction |
| 19. | 67998437 | 11/23/2015 | Deputy Reporter's Statement |
| 20. | 68132197 | 12/07/2015 | Notice of Interlocutory Appeal |
| 21. |  |  | Certified Bill of Costs |
| 22. |  |  | Complete Docket Sheet |
| 23. |  | 12/17/2015 | This letter |

Please let me know the cost of preparing this Clerk's Record at your earliest convenience so that I can make arrangements for payment.

Thank you for your courtesy and prompt attention to this matter.

Sincerely,

 /s/ Collyn A. Peddie
Collyn A. Peddie
Senior Assistant City Attorney
832-393-6463
collyn.peddie@houstontx.gov

cc:     *See attached Certificate of Service*

## Certificate of Service

I hereby certify that on December 17, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

Corey Gomel
Dominique Bartholet
GOMEL & ASSOCIATES, P.C.
1177 West Loop South, Suite 1400
Houston, Texas 77027
dbartholet@713abogado.com

*Attorneys for Plaintiff/Appellee*

 /s/ Collyn A. Peddie
Collyn A. Peddie